UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FAMIAN CORNADO, a/k/a "Fermin :
Cornado," :
            Petitioner, :
: No. 10 Civ. 5265 (RA)
         -v- :
: ORDER ADOPTING REPORT AND
JOSEPH BELLNIER, Superintendent of Marcy : RECOMMENDATION
Correctional Facility, :
:
            Respondent. :
:
------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

   The Court hereby adopts the thoughtful and well-reasoned Report and Recommendation of Magistrate Judge Pitman, dated September 20, 2012, to which no objection has been filed. Accordingly, the petition for a writ of habeas corpus is denied and the action is dismissed with prejudice.

   The parties' failure to file written objections, after Magistrate Judge Pitman warned that such failure will result in a waiver of objections and will preclude appellate review, precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

SO ORDERED.

Dated:     December 21, 2012
           New York, New York

                                               _____
                                               Ronnie Abrams
                                               United States District Judge